## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:    Case No. 16-25870 | ) |
| | ) |
| ANGELITA RIVERA, | ) |
|        Debtor, | ) |
| | ) |
| THE ILLINOIS DEPARTMENT OF | ) Bk No. 16-25870 |
| EMPLOYMENT SECURITY, | ) |
| | ) |
|        Plaintiff, | ) Adv. Pro. No. 20-00170 |
| v. | ) |
| | ) JUDGE JACK B. SCHMETTERER |
| ANGELITA RIVERA, | ) |
|        Defendant. | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified

Complaint herein and after such hearing the court makes the following finds of fact and conclusions of

law.

## FINDINGS OF FACT

1. The defendant, ANGELITA RIVERA, was employed by FQSR, LLC for the weeks October

7, 2017 through October 21, 2017 and employed by VeraCare Brentwood for the weeks ending November

11, 2017 through February 24, 2018.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decisions.

3. During the same period of time the defendant applied for and received unemployment

benefits totaling $4,001.00.

4. The defendant did not report her employment or his earnings during these periods as she

was required to do.

5. As of June _23_, 2020, the sum of $_3402.00_ is due.

## CONCLUSIONS OF LAW

1.   Through her false representations, the defendant received a total of $4001.00 in unemployment benefits to which he was not entitled.

2.   As of June __23__, 2020, the defendant is indebted to plaintiff in the sum of $ __3402.00__ .

3.  Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4.  Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter:

Dated:

7/14/20